FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 08 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00436-BNB

DOUGLAS THAMES, JR.,

    Applicant,

v.

ARVIL CHAPMAN, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

---

## ORDER TO SUPPLEMENT PRE-ANSWER RESPONSE

---

Applicant, Douglas Thames, Jr., is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Kit Carson Correctional Center in Burlington, Colorado. Mr. Thames filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on March 31, 2011.

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court determined that a limited pre-answer response was appropriate. Therefore, on April 1, 2011, Respondents were directed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and pursuant to ***Denson v. Abbott***, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a pre-answer response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). Respondents submitted their pre-answer

response on April 22, 2011. After receiving an extension of time, Applicant filed a reply on May 27, 2011.

The Court has reviewed the Pre-Answer Response and has determined that a supplement is required. Respondents argue in the Pre-Answer Response that the Application was not timely filed within the limitations period set forth in 28 U.S.C. § 2244(d). However, in the Reply, Mr. Thames asserts that he is entitled to tolling of the limitations period based on his assertion of "actual innocence" of the crime for which he was convicted. Mr. Thames has submitted extensive documentation in support of his claim of actual innocence. Respondents will be directed to file a supplement to the Pre-Answer Response and to address Mr. Thames' claim of actual innocence as discussed in this order. Accordingly, it is

ORDERED that **on or before June 28, 2011**, Respondents shall file a supplement to the pre-answer response that complies with this order.

DATED June 8, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  11-cv-00436-BNB

Douglas Thames Jr
Prisoner No.  68838
Kit Carson Correctional Center
PO Box 2000
Burlington, CO 80807

Clemmie Parker Engle
Colorado Attorney General's Office
*DELIVERED ELECTRONICALLY*

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 8, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk